## Commonwealth *v.* Jamieson, Appellant.

opinion by CAR-

774

NEY, P. J. Submitted April 14, 1975. *Paul R. Gettleman,* for appellant; *Robert H. Chase,* District Attorney, for Commonwealth, appellee.

Order affirmed.